No. 55229.—Overseas Commerce Corp. and R. Neumann & Co. v. United States,
protests 141515–K and 141509–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the
merchandise consists of ostrich skins the same in all material respects as those
the subject of Abstract 54236, the claim for free entry under paragraph 1765 was
sustained.

No. 55230.—Fleming-Joffe, Ltd. v. United States, protests 133607–K, etc.
(New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the
merchandise consists of reptile skins the same in all material respects as those
passed upon in Fleming-Joffe, Ltd. v. United States (25 Cust. Ct. 56, C. D. 1263),
the claim for free entry under paragraph 1765 was sustained.

No. 55231.—C. H. Powell Co., Inc. v. United States, protests 95153–K, etc.
(New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400
the court dismissed the protests.

No. 55232.—Leonard Freedman & Sons et al. v. United States, protests 133619–K,
etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400
the court dismissed the protests.

No. 55233.—American Oak Preserving Co. et al. v. United States, protests
161068–K, etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400
the court dismissed the protests.